# Third District Court of Appeal

## State of Florida

Opinion filed August 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-530
Lower Tribunal No. 15-8175

————————

**Alla Polishko,**
Appellant,

vs.

**Naum Tselesin,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Alexander Appellate Law P.A., and Samuel Alexander (DeLand), for appellant.

Fidelity National Law Group and Michele A. Cavallaro (Ft. Lauderdale), for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.